UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Carl Green, d/b/a Signature
Capital Assignee of Schuldner,
LLC,

    Plaintiff,

 vs.            ORDER ADOPTING
              REPORT AND RECOMMENDATION

Midland Loan Services, et al.,

    Defendants.      Civil No. 18-961 (PJS/LIB)

* * * * * * * * * * * * * * * * * *

  Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

  1. Defendants' Motion for Judgment on the Pleadings, [Docket No. 13], is **GRANTED in part and DENIED in part**.

  2. Plaintiff Green's Complaint, [Docket No. 1], in its entirety, is **DISMISSED without prejudice**.

  3. Let Judgment be entered accordingly.

DATED: 9/21/18           s/Patrick J. Schiltz
At Minneapolis, Minnesota      Patrick J. Schiltz, Judge
                United States District Court